AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| PAUL GARRISON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-01426-JSC |
| ALPHABET, INC., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cierra Gross                                                                                              .

Date:   04/03/2022                                    /s/ Cassie Springer Ayeni
                                                                  *Attorney's signature*

                                                    Cassie Springer Ayeni; Cal State Bar No. 221506
                                                                  *Printed name and bar number*
                                                    Springer Ayeni, A Professional Law Corporation
                                                    123 Estudillo Ave., Suite 201
                                                    San Leandro, CA 94577

                                                                  *Address*

                                                    cassie@benefitslaw.com
                                                                  *E-mail address*

                                                    (510) 926-6768
                                                                  *Telephone number*

                                                    (510) 926-6768
                                                                  *FAX number*