Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Michelle Kao (State Bar No. 322758)
mkao@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants Alphabet Inc. and
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL GARRISON,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALPHABET INC., GOOGLE LLC, OUTTEN & GOLDEN LLP, WAYNE N. OUTTEN, ANNE GOLDEN, JUSTIN SWARTZ, MELISSA WASHINGTON, BRIAN LEE JOHNSRUD, CURLEY, HURTGEN & JOHNSRUD LLP, CIERRA GROSS and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 3:22-cv-01426-JSC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO AMENDED COMPLAINT UNDER L.R. 6-1(a)**<br><br>The Hon. Jacqueline Scott Corley<br><br>Amended Complaint Filed:  March 14, 2022 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME - Case No. 3:22-cv-01426-JSC

41717\14721839.1

1  Plaintiff Paul Garrison ("Plaintiff") and Defendants Alphabet Inc., Google LLC, Outten &
2 Golden LLP, Brian Lee Johnsrud, Curley, Hurtgen & Johnsrud LLP, and Cierra Gross
3 ("Defendants")[1], collectively, "the Parties," by and through their undersigned counsel, jointly
4 submit this stipulation as follows:

5  WHEREAS, on March 14, 2022, Plaintiff filed the operative Amended Complaint in the
6 above-captioned matter;

7  WHEREAS Defendants Alphabet Inc., Google LLC, Outten & Golden LLP, and Cierra
8 Gross have been served with Summons and the Amended Complaint but their respective deadlines
9 to answer or respond to the Amended Complaint have not yet passed;

10  WHEREAS Defendants Wayne N. Outten, Anne Golden, Melissa Washington, Justin
11 Swartz, Curley, Hurtgen & Johnsrud LLP and Brian Johnsrud have not yet been served with
12 Summons and the Amended Complaint;

13  WHEREAS, the Parties intend to participate in an early mediation to attempt to resolve the
14 above-captioned matter;

15  WHEREAS, the Parties agree to defer Defendants' obligation, if any, to answer or respond
16 to the Amended Complaint pending the completion of the mediation;

17  WHEREAS, the Parties agree that if the mediation is completed and does not result in a
18 final settlement, the respective times for Defendants to answer or respond to the Amended
19 Complaint will be extended until 30 days after the completion of the mediation for Defendants
20 who have been served, 60 days after the completion of the mediation for Defendants who are
21 waiving service under Federal Rule of Civil Procedure 4, or 30 days after a Defendant is served
22 with Summons and the Amended Complaint, whichever is later.

23  WHEREAS, the Parties agree that by attending a mediation and deferring the time for
24 responding to the Amended Complaint, Defendants do not waive or otherwise relinquish any
25 arguments or defenses that might be asserted in their responses to the Amended Complaint,
26 whether by answer or motion, and that all such arguments and defenses are preserved;

---

[1] Wayne N. Outten, Anne Golden, Melissa Washington, and Justin Swartz shall also be considered "Defendants" for purposes of this stipulation.

WHEREAS, Defendants Wayne N. Outten, Anne Golden, Melissa Washington, and Justin Swartz explicitly reserve, and do not waive, their challenges to personal jurisdiction and insufficient process and nothing associated with this filing or attendance at a mediation or other proceeding, including any appearance, through counsel or otherwise, shall be deemed a waiver of these arguments;

WHEREAS, the Parties agree that there is good cause supporting the requested extension;

WHEREAS, no party to this stipulation has previously requested an extension with respect to the deadline for filing a responsive pleading to Plaintiff's Amended Complaint in this matter.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsel, and pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, that (i) the respective times for Defendants to answer or respond to the Amended Complaint will be extended until 30 days after the completion of the mediation for Defendants who have been served, 60 days after the completion of the mediation for Defendants who are waiving service under Federal Rule of Civil Procedure 4, or 30 days after a Defendant is served with Summons and the Amended Complaint, whichever is later; and (ii) Defendants do not waive or otherwise relinquish any arguments or defenses that might be asserted in their responses to the Amended Complaint, whether by answer or motion, and all such arguments and defenses are hereby preserved.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME - Case No. 3:22-cv-01426-JSC    3

41717\14721839.1

| | |
|---|---|
| Dated: April 4, 2022 | FARELLA BRAUN + MARTEL LLP |
| | By:     /s/ Anthony P. Schoenberg <br>        Anthony P. Schoenberg |
| | Attorneys for Defendants Alphabet Inc. and Google LLC |
| Dated: April 4, 2022 | |
| | By:     /s/ Laurence S. Moy <br>        Laurence S. Moy |
| | Attorney for Defendants Outten & Golden LLP |
| Dated: April 4, 2022 | CURLEY, HURTGEN & JOHNSRUD LLP |
| | By:     /s/ Katherine C. Huibonhoa <br>        Katherine C. Huibonhoa |
| | Attorneys for Defendants Brian Lee Johnsrud and Curley, Hurtgen & Johnsrud LLP |
| Dated: April 4, 2022 | Springer Ayeni, PLC |
| | By:     /s/ Cassie Ayeni <br>        Cassie Ayeni |
| | Attorneys for Defendant Cierra Gross |
| Dated: April 4, 2022 | Law Offices of Bonner & Bonner |
| | By:     */S/ Charles A. Bonner* <br>        Charles A. Bonner |
| | Attorneys for Plaintiff Paul Garrison |

## ATTESTATION

I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: April 4, 2022                    FARELLA BRAUN + MARTEL LLP

By: _____/s/ Anthony P. Schoenberg_____
        Anthony P. Schoenberg

Attorneys for Defendants Alphabet Inc. and Google LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME - Case No. 3:22-cv-01426-JSC

41717\14721839.1