Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Michelle Kao (State Bar No. 322758)
mkao@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL GARRISON,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALPHABET INC., GOOGLE LLC, OUTTEN & GOLDEN LLP, WAYNE N. OUTTEN, ANNE GOLDEN, JUSTIN SWARTZ, MELISSA WASHINGTON, BRIAN LEE JOHNSRUD, CURLEY, HURTGEN & JOHNSRUD LLP, CIERRA GROSS and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 3:22-cv-01426-JSC<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO AMENDED COMPLAINT UNDER L.R. 6-1(a)**<br><br>The Hon. Jacqueline Scott Corley<br><br>Amended Complaint Filed: March 14, 2022 |

Plaintiff Paul Garrison ("Plaintiff") and Defendants Alphabet Inc., Google LLC, Outten & Golden LLP, Brian Lee Johnsrud, Curley, Hurtgen & Johnsrud LLP, and Cierra Gross ("Defendants")[1], collectively, "the Parties," by and through their undersigned counsel, jointly

---

[1] Wayne N. Outten, Anne Golden, Melissa Washington, and Justin Swartz shall also be considered "Defendants" for purposes of this stipulation.

STIPULATION TO FURTHER EXTEND TIME -
Case No. 3:22-cv-01426-JSC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

41717\14794971.2

submit this stipulation as follows:

WHEREAS, on March 14, 2022, Plaintiff filed the operative Amended Complaint in the above-captioned matter;

WHEREAS on April 4, 2022, the Parties filed a Stipulation for Extention of Time for Defendants to Answer or Respond to Amended Complaint Under L.R. 6-1(a) ("April 4, 2022 Stipulation") (ECF No. 9), indicating that the Parties had agreed to participate in mediation and extending the respective times for Defendants to answer or respond to the Amended Complaint pending the completion of the mediation;

WHEREAS, on May 4, 2022, the Parties attended mediation;

WHEREAS, on May 9, 2022, the Parties reached an agreement in principle to settle this litigation;

WHEREAS, the Parties agree to extend by an additional 30 days the deadlines set forth in the April 4, 2022 Stipulation to allow the Parties time to finalize a formal settlement agreement;

WHEREAS, the Parties agree that by further deferring the time for responding to the Amended Complaint, Defendants do not waive or otherwise relinquish any arguments or defenses that might be asserted in their responses to the Amended Complaint, whether by answer or motion, and that all such arguments and defenses are preserved;

WHEREAS, the Parties agree that there is good cause supporting the requested extension.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsel, and pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, that (i) the respective times for Defendants to answer or respond to the Amended Complaint will be extended an additional 30 days beyond the deadlines set forth in the April 4, 2022 stipulation; and (ii) Defendants do not waive or otherwise relinquish any arguments or defenses that might be asserted in their responses to the Amended Complaint, whether by answer or motion, and all such arguments and defenses are hereby preserved.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO FURTHER EXTEND TIME -   2
Case No. 3:22-cv-01426-JSC

41717\14794971.2

| | |
|---|---|
| Dated: May 20, 2022 | FARELLA BRAUN + MARTEL LLP |
| | By:     /s/ Anthony P. Schoenberg<br>        Anthony P. Schoenberg |
| | Attorneys for Defendants Alphabet Inc. and Google LLC |
| Dated: May 20, 2022 | |
| | By:     /s/ Laurence S. Moy<br>        Laurence S. Moy |
| | Attorney for Defendants Outten & Golden LLP |
| Dated: May 20, 2022 | CURLEY, HURTGEN & JOHNSRUD LLP |
| | By:     /s/ Katherine C. Huibonhoa<br>        Katherine C. Huibonhoa |
| | Attorneys for Defendants Brian Lee Johnsrud and Curley, Hurtgen & Johnsrud LLP |
| Dated: May 20, 2022 | Springer Ayeni, PLC |
| | By:     */s/ Cassie Ayeni*<br>        Cassie Ayeni |
| | Attorneys for Defendant Cierra Gross |
| Dated: May 20, 2022 | Law Offices of Bonner & Bonner |
| | By:     */S/ Charles A. Bonner*<br>        Charles A. Bonner |
| | Attorneys for Plaintiff Paul Garrison |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO FURTHER EXTEND TIME -
Case No. 3:22-cv-01426-JSC

3

41717\14794971.2

## ATTESTATION

1  
2   I hereby attest that I have obtained the concurrence of all other signatories in the filing of  
3   this document.  
4  
5   Dated: May 20, 2022               FARELLA BRAUN + MARTEL LLP  
6  
7                       By:      /s/ Anthony P. Schoenberg
                                  Anthony P. Schoenberg  
8                       Attorneys for Defendants Alphabet Inc. and Google LLC  

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO FURTHER EXTEND TIME -        4                                41717\14794971.2
Case No. 3:22-cv-01426-JSC