Anthony P. Schoenberg (State Bar No. 203714)
tschoenberg@fbm.com
Michelle Kao (State Bar No. 322758)
mkao@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants Alphabet Inc. and
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL GARRISON,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALPHABET INC., GOOGLE LLC, OUTTEN & GOLDEN LLP, WAYNE N. OUTTEN, ANNE GOLDEN, JUSTIN SWARTZ, MELISSA WASHINGTON, BRIAN LEE JOHNSRUD, CURLEY, HURTGEN & JOHNSRUD LLP, CIERRA GROSS and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 3:22-cv-01426-JSC<br><br>**DEFENDANT ALPHABET INC.'S AND GOOGLE LLC'S CASE MANAGEMENT STATEMENT**<br><br>The Hon. Jacqueline Scott Corley<br><br>Amended Complaint Filed:  March 14, 2022 |

Defendants Alphabet Inc. and Google LLC, by and through their undersigned counsel, submit this case management statement as follows:

The Parties to this matter have reached an agreement in principle to settle this litigation after mediation and are now finalizing a formal settlement agreement.  The Parties apologize for not submitting a case management statement earlier, but had anticipated that the settlement agreement would be signed and the case dismissed by the case management statement deadline.  However, due to the large number of parties involved, that process has taken somewhat longer than expected.  The parties expect to sign a settlement agreement very soon, after which the case will be dismissed.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

CASE MANAGEMENT STATEMENT
Case No. 3:22-cv-01426-JSC

1

41717\14875914.1

1 | Dated: June 17, 2022      FARELLA BRAUN + MARTEL LLP

By:    /s/ Anthony P. Schoenberg
       Anthony P. Schoenberg

Attorneys for Defendants Alphabet Inc. and Google LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

CASE MANAGEMENT STATEMENT
Case No. 3:22-cv-01426-JSC

2

41717\14875914.1