CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

Attorneys for Plaintiff Paul Garrison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL GARRISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALPHABET, INC., GOOGLE LLC, OUTTEN & GOLDEN LLP, WAYNE N. OUTTEN, ANNE GOLDEN, JUSTIN SWARTZ, MELISSA WASHINGTON, BRIAN LEE JOHNSRUD, CURLEY, HURTGEN & JOHNSRUD LLP, CIERRA GROSS and DOES 1-50, inclusive, ,<br><br>    Defendants. | Case No. 3:22-cv-01426-JSC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>The Hon. Jacqueline Scott Corley<br><br>Amended Complaint Filed:  March 14, 2022 |

TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff PAUL GARRISON has reached a provisional settlement with all the Defendants (collectively, the "Parties") in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the settlement, and request the Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: June 17, 2022                       RESPECTFULLY SUBMITTED,

LAW OFFICES OF BONNER & BONNER
*/s/Charles A. Bonner*
Charles A. Bonner
Attorney for Plaintiff